**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
355 Main Street
Poughkeepsie, NY 12601

---

IN RE: BestLife Gifts LLC                                  CASE NO.: 21–35140–cgm

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER: 7
82–4517121

---

# ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Christian H. Dribusch is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: April 12, 2021

                                        Cecelia G. Morris, Bankruptcy Judge